**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROSEMOOR SUITES, LLC, an Illinois Limited Liability Company, )<br><br>Plaintiff, )<br><br>vs. )<br><br>HARLEYSVILLE LAKE STATES INSURANCE COMPANY, a corporation, )<br><br>Defendant. ) | Case No.: 18-cv-01685 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, ROSEMOOR SUITES, LLC, and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant, HARLEYSVILLE LAKE STATES INSURANCE COMPANY.

ROSEMOOR SUITES, LLC

By: /s/ Arnold H. Landis
Arnold H. Landis, attorney for Plaintiff

Law Offices of Arnold H. Landis, P.C.
77 W. Washington, Suite 702
Chicago, IL 60602
Phone: 312-236-6268
Fax: 312-236-6269
Attorney No. 24702

1